**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Larry Lee Wisser<br>    aka Larry L. Wisser<br>    aka Larry Wisser<br>    Cathleen Rachel Wisser<br>    aka Cathleen R. Wisser<br>    aka Cathleen Wisser<br>                     Debtor(s) | CHAPTER 12<br><br>BKY. NO. 19-15280 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture and index same on the master mailing list.

                                        Respectfully submitted,
                                        **/s/ Rebecca A. Solarz Esquire**
                                        Rebecca A Solarz, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322