IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 19-15280-MDC |
| CATHLEEN RACHEL WISSER | ) | |
| Debtors. | ) | Chapter 12 |

## **ORDER**

UPON CONSENT of all parties in interest, the following matters in the above captioned case are continued to January 29, 2020 at 12:30 pm:

1. Chapter 12 Plan Confirmation

2. Trustee's Motion to Dismiss Case

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE