IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LARRY LEE WISSER AND              )    Case No. 19-15280-MDC
      CATHLEEN RACHEL WISSER       )
                     Debtors.               )    Chapter 12

## ORDER

UPON CONSENT of all parties in interest, the following matters in the above captioned case are continued to January 29, 2020 at 12:30 pm:

1. Chapter 12 Plan Confirmation
2. Trustee's Motion to Dismiss Case

BY THE COURT:

_____
MAGDELINE D. COLEMAN    1/8/2020
CHIEF U.S. BANKRUPTCY JUDGE