```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                      Case No. 19-15280-mdc
Larry Lee Wisser                                            Chapter 12
Cathleen Rachel Wisser
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore            Page 1 of 1          Date Rcvd: Jan 09, 2020
                              Form ID: pdf900            Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db/jdb         +Larry Lee Wisser,    Cathleen Rachel Wisser,    8149 Bausch Road,    New Tripoli, PA 18066-3614
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Northwest Bank, successor to Union Community Bank,    c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2020 03:29:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2020 03:29:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Joint Debtor Cathleen Rachel Wisser claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Debtor Larry Lee Wisser claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES N. SHURR, JR.    on behalf of Creditor    Northwest Bank, successor to Union Community Bank
               cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA, Farm
               Service Agency, a successor agency to the Farmers Home Administration, United States Department
               of Agriculture bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 12)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 19-15280-MDC |
| CATHLEEN RACHEL WISSER | ) | |
| Debtors. | ) | Chapter 12 |

## ORDER

UPON CONSENT of all parties in interest, the following matters in the above captioned case are continued to January 29, 2020 at 12:30 pm:

1. Chapter 12 Plan Confirmation
2. Trustee's Motion to Dismiss Case

BY THE COURT:

_____
MAGDELINE D. COLEMAN    1/8/2020
CHIEF U.S. BANKRUPTCY JUDGE