<u>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 19-15280-MDC |
|     CATHLEEN RACHEL WISSER | ) | |
|         Debtors. | ) | Chapter 12 |

<u>PRAECIPE TO WITHDRAW</u>

Kindly withdraw the Proposed Order filed on or about February 28, 2020 at docket entry # 59.

Respectfully Submitted,

Dated: March 3, 2020

<u>/s/ Charles Laputka, Esquire</u>
Charles Laputka, Esquire
Laputka Law Office, LLC
1344 W. Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Fax: (484) 350-3581