**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: LARRY LEE WISSER AND** | ) | Case No. 19-15280-MDC |
| **CATHLEEN RACHEL WISSER** | ) | |
| Debtors. | ) | Chapter 12 |

## ORDER

**IT IS HEREBY ORDERED**, that the Automatic Stay under 11 U.S.C. §362(d) is imposed from the entry of this Court Order until March 31, 2020.  The Stay imposed through this Order is conditioned on the Debtors paying $860 to Northwest Bank and $1,140 to the USDA on or before March 10, 2020.  Should the Debtors fail to make said payments by March 10, 2020, the Automatic Stay will be **TERMINATED**.

It is further **ORDERED** that a continued hearing on the Motion to Impose the Automatic Stay is scheduled for **April 8, 2020, at 12:30 p.m.**

Date  March 3, 2020  _____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE