United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry Lee Wisser  
Cathleen Rachel Wisser  
     Debtors

Case No. 19-15280-mdc  
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: JEGilmore     Page 1 of 1     Date Rcvd: Mar 03, 2020  
                          Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
```
db/jdb         +Larry Lee Wisser,    Cathleen Rachel Wisser,    8149 Bausch  Road,    New Tripoli, PA 18066-3614
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Northwest Bank, successor to Union Community Bank,    c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
cr             +Northwestern Lehigh School District and Weisenberg,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2020 03:20:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2020 03:20:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
```
          CHARLES   LAPUTKA    on behalf of Joint Debtor Cathleen Rachel Wisser claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          CHARLES   LAPUTKA    on behalf of Debtor Larry Lee Wisser claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          CHARLES N. SHURR, JR.    on behalf of Creditor    Northwest Bank, successor to Union Community Bank
           cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Northwestern Lehigh School District and Weisenberg
           Township jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA, Farm
           Service Agency, a successor agency to the Farmers Home Administration, United States Department
           of Agriculture bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 12)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 19-15280-MDC |
| CATHLEEN RACHEL WISSER | ) | |
| Debtors. | ) | Chapter 12 |

## ORDER

**IT IS HEREBY ORDERED**, that the Automatic Stay under 11 U.S.C. §362(d) is imposed from the entry of this Court Order until March 31, 2020.  The Stay imposed through this Order is conditioned on the Debtors paying $860 to Northwest Bank and $1,140 to the USDA on or before March 10, 2020.  Should the Debtors fail to make said payments by March 10, 2020, the Automatic Stay will be **TERMINATED**.

It is further **ORDERED** that a continued hearing on the Motion to Impose the Automatic Stay is scheduled for **April 8, 2020, at 12:30 p.m.**

Date  March 3, 2020

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE