# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 19-15280-MDC |
| CATHLEEN RACHEL WISSER | ) | |
| Debtors. | ) | Chapter 12 |

## AMENDED ORDER

**IT IS HEREBY ORDERED**, that the Automatic Stay under 11 U.S.C. §362(d) is imposed from the entry of this Court Order until March 31, 2020. The Stay imposed through this Order is conditioned on the Debtors paying $860 to Northwest Bank and $1,140 to the USDA on or before March 10, 2020. Further, Debtors are to obtain loan approval and acquire the requisite cattle prior to March 31, 2020. Should the Debtors fail to make said payments by March 10, 2020 or fail to obtain cattle by March 31, 2020, the Automatic Stay will be **TERMINATED**.

Date April 1, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE