<u>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 19-15280-MDC |
| CATHLEEN RACHEL WISSER | ) | |
| Debtors. | ) | Chapter 12 |

## <u>STATUS REPORT</u>

And now come, Debtors, Larry and Cathleen Wisser, by and through their counsel Charles Laputka, Esquire and file the following Status Report and avers as follows:

1. Despite tireless attempts, as of April 1, 2020 the Debtors have been unable to procure any cows, or funding to obtain cows, to resume the primary functions of their dairy farm.
2. Debtors timely made the payments to secured creditors required by Bench Order on February 26, 2020.
3. Based upon the current state of affairs related to the Covid-19 pandemic the Debtors hereby request an extension of time to comply with the Order of court requiring they obtain cows on or before March 31, 2020.
4. Debtor's believe they may be eligible recipients of federal stimulus grants and/or loans and are desirous of any opportunity to avail themselves of same.

Wherefore, Debtors respectfully request an extension of the Automatic Stay to seek funding or the purchase of cows.

Dated: April 1, 2020

<u>/s/ Charles Laputka</u>
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
1344 Hamilton Street
Allentown, PA 18102
claputka@laputkalaw.com
Phone: (610) 477-0155
Facsimile: (484) 350-3581