# US Bankruptcy Court

# Eastern District of Pennsylvania

**Chief Judge Magdeline D. Coleman**

<u>Larry Lee Wisser and Cathleen Rachell Wisser (4:19-bk-15280)</u>

Chapter 12

Chief Judge Magdeline D. Coleman

United States Bankruptcy Judge

for the Eastern District of Pennsylvania

United States Bankruptcy Court

Eastern District of Pennsylvania

The Gateway Building

201 Penn Street, Suite 103

Reading, PA 19601

I.

**Covid 19 Virus, Farms and National Security**
<u>**MOTION TO Protect the Wisser Farm from Seizure and Sale**</u>

<u>**NOTICE AND LETTER OF OBJECTIONS**</u>

Now Comes Friends of Larry and Cathleen Wisser and states as follows , We believe the USDA and the Bankers associated with the WISSER FARM MATTERS have yet again received HUGE BAIL OUTS as have the USDA from the US Treasury. **The Federal Reserve and US Treasury have extended over 4 + Trillion in so called Liquidity and even stated UNLIMITED CREDIT will be given to the Banks and Investment Houses during this NATIONAL EMERGENCY.**

# Wissers DO NOT Agree refuse to Submit ..... Unlimited Credit America's Family Farmers ? Coronavirus 19 and the National Emergency.

8:38 AM 3/31/2020

**SwampFox**
<notjuris@gmail.com>

to Charles, Veena, Kirk,
USTPRegion03.PH.ECF,
Bruce, MICHAEL, Mike,
Danadee.Miller-Boyle,
ECFMail, Christie, Kim,

Gerry

**Dear BAR CARD HOLDERS,**

<u>BAR CARDS are made outta PLANT MATTER   the Reserve Notes are made outta PLANT MATTER and the EXCREMENT from Cows, Chickens and Horses are as well. The Federal Reserve and Department of the Treasury appear to have grabbed up all the TOILET PAPER to Print Paper Crap Currency.</u>

I spoke with the Wissers this morning and BECAUSE OF THE CORONAVIRIS 19 and the Massive Wall Street Collapse and the BANKSTERS FIASCO have triggered UNLIMITED

BANK CREDIT and so called ENDLESS LIQUIDITY ...... The Paper and Ink DEBACLE against the Wissers has created a STAND OFF. **The Wissers do NOT agree with any effort, act measure, or move to SELL THEIR FARM.**

The ENTIRE Federal Judiciary and all the BAR CARD members KNOW that currency is ALL Helicopter, PAPER AND INK, Bills of Credit. The Union National Bank and the USDA with Their PAPER AND INK racketeering has resulted in VAST Market Disruption and GARGANTUAN Bailout and Stimulas CREDIT measures by Fed Chairmen Powell and Treasury Secretary Mnuchin offering UNLIMITED Paper and Ink and Key Stroke credit lines to BANKS LIKE UNION NATIONAL and the USDA.

No The Wissers DO NOT agree to having all They've worked for SEIZED for the <u>Helicopter Paper and Ink   PHONY BALONEY MONEY  or the  PAPER AND INK at stake in these matters.</u>

A Note to all BAR CARD HOLDERS ...... Facts are Stubborn Things

<u>**FIAT MONEY, HELICOPTER QUANTITATIVE EASING  Phony Money is THE REALITY**</u>

<u>**ALL Bankruptcy Lawyers  are STUCK WITH these  FIAT PAPER AND INK FACTS**</u>

**SEE .....   UNLIMITED HELICOPTER MONEY Let the Debt and Credit DEBT CEILING SOAR ......     UNLIMITED CAPITAL and CREDIT  From the Treasury and Federal Reserve ......**
<u>https://www.google.com/search?sxsrf=ALeKk02Pvn4v8-IKC4z2HCaDrJrb06kMsQ%3A1584457830462&ei=ZuhwXoTYG4OzggfQ2pPQBQ&q=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&oq=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&gs_l=psy-ab.12...0.0..12836...0.0..0.0.0......0......gws-wiz.EIW-f-SI_1c&ved=0ahUKEwiEo5Wx5aHoAhWDmeAKHVDtBFoQ4dUDCAs</u>

**Therefore Premises Considered**, The Seizure and Sale of the Wisser's Farm should be estopped until such time as the **SAME UNLIMITED CREDIT LINES** that have been extended to the Failing Banks and Wall Street Markets and Government Agencies is provided to Them and all the Other Small Family Farms at risk during this UNPRECEDENTED NATIONAL FINANCIAL and SECURITY CRISIS.

Respectfully Submitted
Thank You

J. Witham
Friends of the Wissers
15215 Aiken Road
Wake Forest, NC 27587



YOUTUBE.COM

Mnuchin Promises "Unlimited Liquidity" From Federal Reserve & US Treasury

It seems Vast Liquidity ( unlimited credit ) has been extended to the Banks and Wall Street. Amidst this Crisis and Coronavirus Debacle / Pandemic America Must be Self Reliant for it's Farms especially Dairy Farms.

**SEE ..... UNLIMITED HELICOPTER MONEY Let the Debt and Credit DEBT CEILING SOAR ......   UNLIMITED CAPITAL and CREDIT From the Treasury and Federal Reserve ......**

https://www.google.com/search?sxsrf=ALeKk02Pvn4v8-IKC4z2HCaDrJrb06kMsQ%3A1584457830462&ei=ZuhwXoTYG4OzggfQ2pPQBQ&q=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&oq=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&gs_l=psy-ab.12...0.0..12836...0.0..0.0.0.......0......gws-wiz.EIW-f-SI_1c&ved=0ahUKEwiEo5Wx5aHoAhWDmeAKHVDtBFoQ4dUDCAs

**We are calling on the Union National Bank and USDA to provide some of this Unlimited Liquidity Unlimited Helicopter Money Unlimited Credit to allow the Wissers to stay on Their Farm and have Credit to purchase Cows.**

The Banks and Wall Street must safeguard Our National Farms and National Security by giving assistance to Farmers in Crisis during this unprecedented National / International Crisis.

Thank You

Friends of the Wissers

## Certificate of Service

By Copy of this Permissive Brief and Motion, The Attorneys for Union National Bank and the USDA, Farm Credit and US Trustees Program - the Wissers Lawyers have been noticed of this **Permissive Petition for Farm Security Measures** on behalf of **the Wisser Farm   March 17, 2020**

Charles Laputka <claputka@laputkalaw.com>

MICHAEL GILES <mpglawyer@msn.com>

Mike Eby <mikee@ndpo.us>

bruce.brown@usda.gov
Danadee.Miller-Boyle@pa.usda.gov
cshurr@kozloffstoudt.com
USTPRegion03.PH.ECF@usdoj.gov
ECFMail@readingch13.com
Kirk Herse <kirk.herse@yahoo.com>
Christie Steigerwalt <steigerwaltc2@nwlehighsd.org>