UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|  | : |
| LARRY LEE WISSER | : Bankruptcy No.  19-15280MDC |
| and | : |
| CATHLEEN RACHEL WISSER | : |
|  | : |
| Debtor(s) | : Chapter 12 |

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby **DISMISSED**.

FOR THE COURT

April 16, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge