United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-15280-mdc
Larry Lee Wisser                                                         Chapter 12
Cathleen Rachel Wisser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore           Page 1 of 2            Date Rcvd: Apr 16, 2020
                              Form ID: pdf900           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb       +Larry Lee Wisser,   Cathleen Rachel Wisser,   8149 Bausch Road,   New Tripoli, PA 18066-3614
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
intp         +J. Witham,   15215 Aiken Road,   Wake Forest, NC 27587-7589
cr           +New Tripoli Bank, Seitz,   Lesavoy Butz & Seitz LLC,   c/o Jack M. Seitz, Esq.,
              1620 Pond Road,   Suite 200,   Allentown, PA 18104-2255
cr           +Northwest Bank, successor to Union Community Bank,   c/o Charles N. Shurr, Jr., Esquire,
              Kozloff Stoudt,   2640 Westview Drive,   Wyomissing, PA 19610-1186
cr           +Northwestern Lehigh School District and Weisenberg,   c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,   Norristown, PA 19404-3020
14379800     +American Bank,   4029 W Tilghman Street,   Allentown, PA 18104-4454
14379801     +Charles N. Shurr, Esquire,   2640 Westview Drive,   Reading, PA 19610-1186
14379803     +Farm Service Agency,   359 East Park Drive, Suite 1,   Attn - David W. Poorbaugh,
              Harrisburg, PA 17111-2747
14379804     +Jack Seitz, Esquire,   1620 Pond Road, Suite 200,   Allentown, PA 18104-2255
14458919     +Lehigh County Tax Claim Bureau,   17 S. 7th St.,   Allentown, PA 18101-2401
14379805     +New Tripoli Bank,   6748 Madison Street,   New Tripoli, PA 18066-3944
14389974      New Tripoli Bank,   c/o Jack M. Seitz, Esquire,   Lesavoy Butz & Seitz LLC,   1620 Pond Road,
              Allentown, PA  18104-2255
14379806     +Nicole C. Manley, Esquire,   105 E Philadelphia Ave,   Boyertown, PA 19512-1126
14382776     +Northwest Bank,   c/o Charles N. Shurr, Jr., Esq,   2640 Westview Drive,
              Wyomissing, PA 19610-1186
14452713     +Northwest Bank, s/b/m Union Community Bank, s/b/m,   Attn Angela Abreu,
              100 Liberty Street, P.O. Box 128,   Warren, PA 16365-0128
14469122     +Northwestern Lehigh School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
              Norristown, PA 19404-3020
14469118     +Northwestern Lehigh School District,   c/o James R. Wood, Esquire,
              Portnoff Law Associates, Ltd,   2700 Horizon Drive, Suite 100,
              King of Prussia, PA 19406-2726
14379807     +Northwestern Lehigh School District,   c/o Portnoff Law Associates LTD,   PO Box 391,
              Norristown, PA 19404-0391
14379808     +Oley Valley Feed Inc,   143 Cleaver Road,   Oley, PA 19547-8514
14379811      Penn Jersey Products Inc,   PO Box 7,   New Holland, PA 17557-0007
14379812     +Robert W. Pontz, Esquire,   480 New Holland Avenue, Suite 6205,   Lancaster, PA 17602-2227
14379813     +Timac Ago USA Inc,   c/o Pete Gaidia, CFO,   PO Box 888,   Reading, PA 19607-0888
14481098     +Timac Agro USA, Inc.,   c/o Robert W. Pontz, Esquire,   Brubaker Connaughton Goss,
              & Lucarelli LLC,   480 New Holland Ave., Suite 6205,   Lancaster, PA 17602-2227
14379814     +Union Community Bank,   101 E Main Street,   Mount Joy, PA 17552-1556
14379815     +United States of America,   Acting through USDA Farm Svc Agency,   Berks Farm Service Agency,
              1238 County Welfare Rd, Suite 240,   Leesport, PA 19533-9710
14469126     +Weisenberg Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
              Norristown, PA 19404-3020
14469121     +Weisenberg Township,   c/o James R. Wood, Esquire,   2700 Horizon Drive, Suite 100,
              King of Prussia, PA 19406-2726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14379802      E-mail/Text: bankruptcies@amerassist.com Apr 17 2020 05:01:28      Daniel S. Farm Store,
              c/o Amerassist AR Solution,   1105 Schrock Road, Suite 502,   Columbus, OH 43229-1174
14379810      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:51      PA Departmenmt of Revenue,
              Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
14389000      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:52
              Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
              Harrisburg PA  17128-0946
14446994     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 17 2020 04:59:30      United States of America,
              Acting through USDA Farm Svc Agency,   c/o Rebecca A Solarz, Esquire,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
14379809*    +Oley Valley Feed, Inc.,   143 Cleaver Road,   Oley, PA 19547-8514
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4         User: JEGilmore              Page 2 of 2                  Date Rcvd: Apr 16, 2020
                             Form ID: pdf900              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:

```
          CHARLES    LAPUTKA     on behalf of Joint Debtor Cathleen Rachel Wisser claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          CHARLES    LAPUTKA     on behalf of Debtor Larry Lee Wisser claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          CHARLES N. SHURR, JR.     on behalf of Creditor   Northwest Bank, successor to Union Community Bank
           cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          JACK M. SEITZ     on behalf of Creditor   New Tripoli Bank, Seitz jseitz@lesavoybutz.com,
           sblake@lesavoybutz.com
          JAMES RANDOLPH WOOD     on behalf of Creditor   Northwestern Lehigh School District and Weisenberg
           Township jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
          REBECCA ANN SOLARZ     on behalf of Creditor   United States of America, Acting through USDA, Farm
           Service Agency, a successor agency to the Farmers Home Administration, United States Department
           of Agriculture bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 12)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 12)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   LARRY LEE WISSER                   : Bankruptcy No.  19-15280MDC
      and                :
   CATHLEEN RACHEL WISSER             :
                                                    :
      Debtor(s)          : Chapter 12

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby **DISMISSED**.

FOR THE COURT

April 16, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge