# US Bankruptcy Court

## Eastern District of Pennsylvania

### Chief Judge Magdeline D. Coleman

<u>Larry Lee Wisser and Cathleen Rachell Wisser (4:19-bk-15280)</u>

Chapter 12

Chief Judge Magdeline D. Coleman

United States Bankruptcy Judge

for the Eastern District of Pennsylvania

United States Bankruptcy Court

Eastern District of Pennsylvania

The Gateway Building

201 Penn Street, Suite 103

Reading, PA 19601

**I.**

## Objection to Amended Court Order Dated <u>APRIL FOOLS DAY 2020</u>

**Covid 19  Virus, Farms and National Security**
<u>**MOTION TO  Protect the Wisser Farm from Seizure and Sale**</u>

<u>NOTICE AND LETTER OF OBJECTIONS</u>

Now Comes Friends of Larry and Cathleen Wisser and states as follows , We believe the USDA and the  Bankers associated with the  WISSER FARM MATTERS  have yet again received  HUGE BAIL OUTS as have the USDA from the US Treasury.  **The Federal Reserve and US Treasury have  printed massive amounts of Helicopter / QQuantitative Easing 1.**

1. **FIAT MONEY** out of thin air to bail out the Wall Street Bankers and the Rich and Well Connected to both the Democrats and Republicans and the US Government. To date the Fed and Treasury have extended over 16 + Trillion in so called Liquidity and even stated **UNLIMITED CREDIT** will be given to the Banks and Investment Houses during this **NATIONAL EMERGENCY.** The Fed and Treasury have showered the Well Connected and Politically Powerful with SNUNAMIS of PAPER and INK and Key Stroked Money.

2. Wissers DO NOT Agree and do refuse stipulate to or to Submit ..... To Unjust and Unlawful Seizure and Sale of Their Home and Farm while the Rich and Powerful YET AGAIN get bailed out for mega TRILLIONS. ? Coronavirus 19 and the National Emergency.



8:38 AM  3/31/2020

**SwampFox**
<notjuris@gmail.com>

to Charles, Veena, Kirk,
USTPRegion03.PH.ECF,
Bruce, MICHAEL, Mike,
Danadee.Miller-Boyle,
ECFMail, Christie, Kim,

Gerry

Dear BAR CARD HOLDERS,

THE WISSERS OBJECT TO TRILLIONS FOR WALL STREET and ZILTCH for Small Farmers ….. The Disparity is GLARING and the Currency is PAPER AND INK.

https://www.google.com/search?rlz=1C1NDCM_enUS857US857&sxsrf=ALeKk02-xHyvZiUPfVEa-8IKo2MyFoEcwA%3A1586217244828&ei=HMGLXuaHMs63tAbr4LioDA&q=FIAT+QUANTITATIVE+EASING++TRILLIONS+BAILOUT&oq=FIAT+QUANTITATIVE+EASING++TRILLIONS+BAILOUT&gs_lcp=CgZwc3ktYWIQDFAAWABg_LgBaABwAHgAgAEAiAEAkgEAmAEAqgEHZ3dzLXdpeg&sclient=psy-ab&ved=0ahUKEwjmhajb_9ToAhXOG80KHWswDsUQ4dUDCAw

4. . BAR CARDS are made outta PLANT MATTER the Reserve Notes are made outta PLANT MATTER and the EXCREMENT from Cows, Chickens and Horses are as well. The Federal Reserve and Department of the Treasury appear to have grabbed up all the TOILET PAPER to Print Paper Crap Currency.

5. I spoke with the Wissers this morning and BECAUSE OF THE CORONAVIRIS 19 and the Massive Wall Street Collapse and the BANKSTERS FIASCO have triggered UNLIMITED BANK CREDIT and so called ENDLESS LIQUIDITY ...... The Paper and Ink DEBACLE against the Wissers has created a STAND OFF. **The Wissers do NOT agree with any effort, act measure, or move to SELL THEIR FARM.**

6. The ENTIRE Federal Judiciary and all the BAR CARD members KNOW that currency is ALL Helicopter, PAPER AND INK, Bills of Credit. The Union National Bank and the USDA with Their PAPER AND INK racketeering has resulted in VAST Market Disruption and GARGANTUAN Bailout and Stimulas CREDIT measures by Fed Chairmen Powell and Treasury Secretary Mnuchin offering UNLIMITED Paper and Ink and Key Stroke credit lines to BANKS LIKE UNION NATIONAL and the USDA.

7. No The Wissers DO NOT agree to having all They've worked for SEIZED for the **Helicopter Paper and Ink PHONY BALONEY MONEY or the PAPER AND INK at stake in these matters.**

8. A Note to all BAR CARD HOLDERS ...... Facts are Stubborn Things
**FIAT MONEY, HELICOPTER QUANTITATIVE EASING Phony Money is THE REALITY**

9. **THE HARD COLD FACTS OF PAPER AND INK , KEY STROKED CURRENCIES**
Phony Baloney Money - **DAVID STOCKMAN Office of Management and Budget TWO US PRESIDENTS**
**https://www.bing.com/search?q=FIAT%20QUANTITATIVE%20EASING%20%20TRILLIONS%20BAILOUT&qs=ds&form=QBRE**

10. ALL Bankruptcy Lawyers are STUCK WITH these FIAT PAPER AND INK FACTS

SEE ..... UNLIMITED HELICOPTER MONEY Let the Debt and Credit DEBT CEILING SOAR ...... UNLIMITED CAPITAL and CREDIT From the Treasury and Federal Reserve ......
https://www.google.com/search?sxsrf=ALeKk02Pvn4v8-IKC4z2HCaDrJrb06kMsQ%3A1584457830462&ei=ZuhwXoTYG4OzggfQ2pPQBQ&q=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&oq=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&gs_l=psy-ab.12...0.0..12836...0.0..0.0.0.......0......gws-wiz.EIW-f-SI_1c&ved=0ahUKEwiEo5Wx5aHoAhWDmeAKHVDtBFoQ4dUDCAs

**Therefore Premises Considered**, The Seizure and Sale of the Wisser's Farm should be estopped until such time as the **SAME UNLIMITED CREDIT LINES** that have been extended to the Failing Banks and Wall Street Markets and Government Agencies is provided to Them and all the Other Small Family Farms at risk during this UNPRECEDENTED NATIONAL FINANCIAL and SECURITY CRISIS.

a. Bailing Out the Very Wealthy with ENDLESS RIVERS of FIAT PAPER Currency and taking the Small Farms in this National Emergency is 100% Grand Larceny and Theft.

b. The PAPER AND INK MONEY is irrefutable

https://www.bing.com/search?q=FIAT%20QUANTITATIVE%20EASING%20%20TRILLIONS%20BAILOUT&qs=ds&form=QBRE

Respectfully Submitted
Thank You


Friends of the Wissers


## Videos of Phney Baloney Money DAVID STOCKMAN
bing.com/videos



David Stockman: Phony Money From The Fed Corrupting Capitalism In A...

4.2K viewsApr 2, 2013

YouTubeselfownership1



The Great Federal Reserve Pyramid Scheme ( Vanishing Trillions )

213 viewsJun 11, 2015

VimeoWitham Judson



The Markets Are Going to Be Mauled by the Bear, David Stockman Says

6.7K viewsFeb 10, 2016

YouTubeBloomberg



David Stockman on U.S.-Mexico Trade Deal: 'Great Big PR Stunt,' 'NAFTA Was ...

45K viewsAug 27, 2018

YouTubeDavid Stockman



Jobs report, David Stockman, U.S. economy, gold

38K viewsApr 9, 2013

YouTubePeter Schiff



David Stockman: When Bitcoin collapses? The Coming Fiscal Derailment ...

237 viewsDec 31, 2017

YouTubeEconomic Predictions 2020

See more videos of Phney Baloney Money DAVID STOCKMAN

## Images of Phoney Baloney Money David Stockman
bing.com/images











See all
See more images of Phoney Baloney Money David Stockman

## Modern Monetary Theory: Balderdash, Baloney, Bilge, Bunkum ...

https://www.davidstockmanscontracorner.com/modern... Modern Monetary Theory: Balderdash, **Baloney**, Bilge, Bunkum And Tommyrot, Too! By **David Stockman**. Posted On Wednesday, January 23rd, 2019. ... and that our economic recovery is limited only by our failure to understand how modern **money** and banking work.

## David stockman // Trump Economy In The Midst Of phony ...

https://www.youtube.com/watch?v=4EtHLcyvmxI



- **David Stockman**, the former budget director for President Reagan, discusses the record highs in the stock market seen under President Trump, warning that it's a "**phony**, fantastic, stock. **David** ..

### THE BIG BANK THEORY
http://www.cc.com/video-clips/q7hzaa/the-daily-show-with-jon-stewart-the-big-bank-theory





YOUTUBE.COM

Mnuchin Promises "Unlimited Liquidity" From Federal Reserve & US Treasury

It seems Vast Liquidity ( unlimited credit ) has been extended to the Banks and Wall Street. Amidst this Crisis and Coronavirus Debacle / Pandemic America Must be Self Reliant for it's Farms especially Dairy Farms.

**SEE ..... UNLIMITED HELICOPTER MONEY Let the Debt and Credit DEBT CEILING SOAR ...... UNLIMITED CAPITAL and CREDIT From the Treasury and Federal Reserve ......**

https://www.google.com/search?sxsrf=ALeKk02Pvn4v8-IKC4z2HCaDrJrb06kMsQ%3A1584457830462&ei=ZuhwXoTYG4OzggfQ2pPQBQ&q=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&oq=US+Treasury+Federal+Reserve+UNLIMITED+LIQUIDITY&gs_l=psy-ab.12...0.0..12836...0.0..0.0.0.......0......gws-wiz.EIW-f-SI_1c&ved=0ahUKEwiEo5Wx5aHoAhWDmeAKHVDtBFoQ4dUDCAs

We are calling on the United States Government, US Treasury and Federal Reserve and Union National Bank and USDA to provide some of this Unlimited Liquidity, Unlimited Helicopter Money, Unlimited Credit to allow the Wissers to stay on Their Farm and have Credit to purchase Cows.

The Banks and Wall Street must safeguard Our National Farms and National Security by giving assistance to Farmers in Crisis during this unprecedented National / International Crisis.

Thank You

Friends of the Wissers

## Certificate of Service

By Copy of this Permissive Brief and Motion, The Attorneys for Union National Bank and the USDA, Farm Credit and US Trustees Program - the Wissers Lawyers have been noticed of this **Permissive Petition for Farm Security Measures** on behalf of the Wisser Farm   April 6,   2020

Charles Laputka <claputka@laputkalaw.com>

MICHAEL GILES <mpglawyer@msn.com>

Mike Eby <mikee@ndpo.us>

bruce.brown@usda.gov
Danadee.Miller-Boyle@pa.usda.gov
cshurr@kozloffstoudt.com
USTPRegion03.PH.ECF@usdoj.gov
ECFMail@readingch13.com
Kirk Herse <kirk.herse@yahoo.com>
Christie Steigerwalt <steigerwaltc2@nwlehighsd.org>

*Mr. Mrs. Larry Wisser*
*Cathleen R Wisser*

FILED 2020 APR 27 AM 7:59 U.S. BANKRUPTCY COURT